NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-680

MURIEL E. ROUGEOU AND KENNETH E. ROUGEOU

VERSUS

DAVID ROUGEOU

**********
APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. C-2002-0854 "B"
HONORABLE HERMAN I. STEWART, PRESIDING
**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Ned E. Doucet, C.J., Sylvia R. Cooks and Michael G. Sullivan, Judges.

AFFIRMED.

Martha A. O'Neal
O'Neal & Leavoy
P.O. Box 1055
DeRidder, LA 70634
(337) 462-6051
COUNSEL FOR PLAINTIFFS-APPELLEES:
    Muriel E. Rougeou and Kenneth E. Rougeou

Mitchell M. Evans, II
P.O. Box 28
DeRidder, LA 70634
(337) 462-5225
COUNSEL FOR DEFENDANT/APPELLANT:
    David Rougeou